| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | JOSEPH K. WHEATLEY |
|   | Special Assistant United States Attorney |
| 3 | Trial Attorney, U.S. Department of Justice |
|   | 880 Front Street, Room 6293 |
| 4 | San Diego, California 92101-8893 |
|   | Telephone: (619) 557-6882 c/o Stephanie Delgadillo |
| 5 | Email Joe.Wheatley@usdoj.gov |
|   | Attorneys for Plaintiff |
| 6 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-00746-JAH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| PHUONG QUOC TRUONG, | ) | |
| a/k/a John Truong, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
|  | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

**Gavin Corn**, SAUSA, Gavin.Corn2@usdoj.gov

**Robert Tully**, SAUSA, Robert.Tully@usdoj.gov

1   Effective this date, the following attorneys are no longer associated with this case and
2   should not receive any further Notices of Electronic Filings relating to activity in this case (if the
3   generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4   association):
5   <u>Name</u>
6   None
7
8   Please call me if you have any questions about this notice.
9   DATED: March 24, 2008.
10
11                                       Respectfully submitted,
12                                       KAREN P. HEWITT
                                         United States Attorney
13
14                                       s/ Joseph K. Wheatley
                                         _____
15                                       JOSEPH K. WHEATLEY
                                         Special Assistant United States Attorney
16                                       Trial Attorney, U.S. Department of Justice
                                         Attorneys for Plaintiff
17                                       United States of America
18
19
20
21
22
23
24
25
26
27
28
                                          2