UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                         )<br>            Plaintiff,                            )<br>                                                         )<br>     v.                                                )<br>                                                         )<br>PHUONG QUOC TRUONG,              )<br>     a/k/a John Truong,                    )<br>                                                         )<br>            Defendant.                        )<br>                                                         )<br>_____ ) | Criminal Case No. 08-CR-00746-JAH<br><br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, JOSEPH K. WHEATLEY, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    **1.**      **None**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    **1.**      **Armon R. Haddad, 427 "C" Street, Suite #305, San Diego, CA 92101**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 24, 2008.

                                                                      s/ Joseph K. Wheatley<br>
                                                                      JOSEPH K. WHEATLEY