| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | JOSEPH K. WHEATLEY |
|   | Special Assistant United States Attorney |
| 3 | Trial Attorney, U.S. Department of Justice |
|   | 880 Front Street, Room 6293 |
| 4 | San Diego, California 92101-8893 |
|   | Telephone: (619) 557-6882 c/o Stephanie Delgadillo |
| 5 | Email Joe.Wheatley@usdoj.gov |
|   | Attorneys for Plaintiff |
| 6 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.  08-CR-00746-JAH |
|                            | ) | |
|             Plaintiff,     | ) | |
|                            | ) | |
|       v.                   | ) | NOTICE OF RELATED CASE |
|                            | ) | |
| PHUONG QUOC TRUONG,        | ) | |
|    a/k/a John Truong,      | ) | |
|                            | ) | |
|             Defendant.     | ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States v. Phuong Quoc Truong</u>, Criminal Case No. 07-CR-1312-JAH.

DATED: March 24, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Joseph K. Wheatley

JOSEPH K. WHEATLEY
Special Assistant U.S. Attorney
Trial Attorney, U.S. Department of Justice